No. 15,587.

VENNERI *v.* COSTELLO.
(171 P. [2d] 405)

Decided July 22, 1946.

Judgment affirmed en banc without written opinion.

Mr. CLIFFORD E. MORGAN, for plaintiff in error.

Mr. BYRON G. ROGERS, for defendant in error.